# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**ORVILLE JAMES MCINTIRE**　　　　　　No. CR 21-14-BLG-SPW

DOB: XX/XX/2000　　　　　　　　**PETITION TO OPEN   JUVENILE RECORDS**

SSN: XXX-XX-2560

Whereas the above-named defendant entered a plea of Guilty to the offense of Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j) in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, Department of Family Services, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_Molly Gasiewicz_
U.S. Probation Officer

November 1, 2021
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Department of Family Services, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_Susan P. Watters_
United States District Judge

Dated this _1st_ day of November, 2021.