# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**ORVILLE JAMES MCINTIRE**       No. CR 21-14-BLG-SPW

DOB: XX/XX/2000      **PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-2560

Whereas the above-named defendant entered a plea of Guilty to the offense of Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j) in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, Department of Family Services, Youth Court and/or Detention Services, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_Molly Gasiewicz_
U.S. Probation Officer

November 16, 2021
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Department of Family Services, Youth Court and/or Detention Services, Department of Corrections, and alcohol, drug and mental health treatment agency, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_Susan P. Watters_
United States District Judge

Dated this 16th day of November, 2021.